UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard A. Waite

    v.                                         Case No. 26-cv-112-LM-TSM

Richard A. Burke et al.

## ORDER

After due consideration of the objection filed, I herewith approve the

endorsed Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc

dated March 10, 2026.

Plaintiff's second motion for a temporary restraining order (doc. no. 7) is

denied, and the motion will be treated as a second motion for preliminary

injunction. Any Defendant who has not responded to Plaintiff's second motion for a

temporary restraining order is directed to file a response to that motion (doc. no. 7)

no later than seven days after the date of service on the defendant as previously

ordered in document number 11.

SO ORDERED.

                                                _____
                                                Landya B. McCafferty
                                                United States District Judge

Date: April 30, 2026
cc:    Richard Waite, pro se
        Counsel of Record